```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

JOSHUA LaGRANGE                                            PLAINTIFF


          v.           CASE NO. 6:14-CV-6149


GWINN'S BOAT REPAIR & SALES, INC.,
and DANNY GWINN                                           DEFENDANTS

### JUDGMENT

On the 16th day of November, 2015, this matter came on for a bench trial before the Honorable Robert T. Dawson. At the completion of the one-day trial, the case was submitted to the Court. For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, **IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing on his Complaint (Doc. 1) and the matter is **DISMISSED WITH PREJUDICE.** The parties are to bear their own fees and costs. The parties have thirty (30) days from entry of this judgment on the docket in which to appeal.

IT IS SO ORDERED this 24th day of November, 2015.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```